CASE NO. 2:18cr18-KS-MTP-1
USA
VS. Hope Thomley, et al.
PLAINTIFF'S EXHIBIT G-1
DATE _____ IDEN.
DATE 6-26-18 EVID.
BY [signature]
Deputy Clerk

AO 386



From: hrthomley@comcast.net [mailto:hrthomley@comcast.net]
Sent: Friday, July 14, 2017 12:24 PM
To: Martha Vance <mvance@priorityonebank.com>
Subject: couple of items

Martha,

Could you get a couple of cashiers check ready for me please?

Account number 19278811

I would like two cashiers checks please, one made out to Hope Thomley for $550,000.00 and one to myself for $550,000.00

1

2H



**From:** Hope Thomley [mailto:hopethomley@gmail.com]
**Sent:** Friday, July 14, 2017 1:20 PM
**To:** Nelda Pierce <npierce@priorityonebank.com>; Martha Vance <mvance@priorityonebank.com>
**Subject:** afternoon ladies

Randy mentioned you called Nelda....you guys have done absolutely nothing wrong.

You have been wonderful to us and we so appreciate it.

We just felt like we needed to move some money around with the scandalous news media starting again.

We had hoped by now that we would be exonerated and all would be good but it doesn't look like that will happen anytime soon.

1

4A

When the government wants your money they will go to all extremes to get it. So we are just trying to be careful.

Thank you guys for being so good to us.

Hope Thomley
Sales - Marketing - Wholesale
56 98 Place Blvd
Hattiesburg, MS  39402

601-466-3827
601-602-4766 (fax)

SA