**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                        **CASE NO. 2:18-CR-18-KS-MTP**

**HOPE EVANGULANE THOMLEY,** *et al.*

<u>**ORDER**</u>

On January 18, 2019, after a brief teleconference with the parties, the Court set a hearing on Defendants' Motions to Suppress [135, 142] to begin on February 26, 2019. The Court now enters this order to clarify its expectations.

The Court expects Defendants to present argument as to each individual document they wish to be suppressed from trial. Defendants contend that the Government seized wide swaths of documents from Advantage Pharmacy that were outside the scope of the Government's search warrant and/or subject to attorney/client privilege. For the Court to address Defendants' arguments, it must examine each disputed document.

To expedite the hearing and promote civility and cooperation, the Court expects counsel for each side to inform opposing counsel if there are large chunks of documents or data on which they do not intend to rely at trial, to the extent they are able to do so at this time.

Finally, the Court has the parties' briefs, but suppression hearings are document-specific affairs, and the Court needs more information to prepare for the

hearing. The Court orders Defendants to file a brief on or before **February 21, 2019**, that includes a list of the disputed documents and the reasons they should be suppressed. Defendants shall also provide the Court with electronic copies of the disputed documents on a flash drive or disk. The Government may file its own brief in response on or before **February 25, 2019**. To be clear, the purpose of these briefs is to expedite matters and allow the Court to begin examining the documents prior to the hearing and make the best use of the parties' time. The parties will still be permitted to present evidence and argument at the hearing.

SO ORDERED AND ADJUDGED this 29th day of January, 2019.

_____/s/____Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE